JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME CABRALES,<br><br>    Petitioner,<br><br>    v.<br><br>CLARK E. DUCART, Warden,<br><br>    Respondent. | Case No. LA CV 14-2218 R (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation and the Order Accepting Report and Recommendation of United States Magistrate Judge.

DATED: April 27, 2017

                                        HON. MANUEL L. REAL
                                  UNITED STATES DISTRICT JUDGE